TEMPLE BAPTIST CHURCH *v.* GEORGIA TERMINAL COMPANY.

HOLDEN, J. Under the facts disclosed by the record in this case, there was no abuse of discretion on the part of the trial judge in refusing to grant the injunction prayed for. *Judgment affirmed. All the Justices concur.*

Argued November 21, 1907.—Decided March 26, 1908.

Petition for injunction. Before Judge Pendleton. Fulton superior court. June 8, 1907.

*Berner, Smith & Hastings,* for plaintiff.
*Rosser & Brandon,* for defendant.